Form B1 (Official Form 1) - (Rev. 1/08)    2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>2151 HOTEL CIRCLE SOUTH, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>NONE | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):   33-0916069 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>4347 TOSCA ROAD<br>WOODLAND HILLS, CA   ZIP CODE 91364 | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>LOS ANGELES COUNTY | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☒ Other (if debtor is not one of the above entities, check this box and state type of entity below)
  limited liability company

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other   hotel business

**Tax-Exempt Entity** (Check one box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

FILED JAN - 4 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                        Deputy Clerk

Form B1 (Official Form 1) (Rev. 1/08)

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
2151 HOTEL CIRCLE SOUTH, LLC

FORM B1

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _/s/ signature_ 1/3/10
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

Form B1 (Official Form 1) (Rev. 1/08)                                                                                     2008 USBC, Central District of California

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 3 |
|---|---|---|
| (This page must be completed and filed in every case) | 2151 HOTEL CIRCLE SOUTH, LLC | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

X _[signed]_
Signature of Attorney for Debtor(s)
ALEXANDER LEBECKI
Printed Name of Attorney for Debtor(s)
LAW OFFICES OF ALEXANDER LEBECKI
Firm Name
7437 TOPANGA CANYON BLVD.
Address
CANOGA PARK, CA 91303

Telephone Number
818-340-3116    152475
Date           Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_
Signature of Authorized Individual
Charles Crail
Printed Name of Authorized Individual
Member, 2151 Hotel Circle South, LLC
Title of Authorized Individual
January 3, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (if the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
_____
_____

X _____
Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B4 (Official Form 4) - (12/07)                                                                           2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br>2151 Hotel Circle South, LLC<br>Debtor(s). | CHAPTER: 11<br>CASE NO.: |

# Form 4.
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Cintas Corporation, 800- 864-3676, 97627 Eagle Way, Chicago, IL 60678 | | uniforms | | $2,962.46 |
| County of San Diego, 1255 Imperial Ave., San Diego, CA 92101 | | real property tax | | $89,485.00 |
| City of San Diego, TOT Dept., P.O. Box 122289, San Diego, CA 92112 | | occupancy tax | | $12,796.00 |
| Ramada Worldwide, Inc., 800-221-7648, 15018 Collections Ctr Dr, Chicago, IL 60693 | | franchise fees | | $67,982.40 |
| San Diego Convention Bureau, 619-232-3101, 2215 India St., San Diego, CA 92101 | | advertising | | $14,445.00 |
| San Diego Gas & Electric, 800-411-7343, P.O. Box 25111, Santa Ana, CA 92799 | | utility | | $13,064.21 |
| Sysco Food Services, 858-659-1235, 12180 Kirkham Rd., Poway, CA 96064 | | food services | | $13,459.76 |
| Sea World, 500 Sea World Drive, San Diego, CA 92109 | | advertising | | $8,000.00 |

Date: January 3, 2010

*(signature)* for
2151 Hotel Circle South, LLC
Debtor

[Declaration as in Form 2]

Form B4 (Official Form 4) - (12/07)                                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA ||
|---|---|
| In re 2151 Hotel Circle South, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Lodgenet, 888-563-4363, P.O. Box 952141, St. Louis, MO 61395, | | advertising | | $5,572.98 |
| Kaiser Permanente, 888-512-6217, File 5915, Los Angeles, CA 90074 | | health insurance | | $5,037.00 |
| Home Depot, 800-798-8888 ext. 7020, P.O. Box 509058, San Diego, CA 92150 | | building material | | $4,674.74 |
| Neal Electric, 858-513-2525, P.O. Box 1655, Poway, CA 92064 | | electric services | | $5,371.46 |
| Waste Management, 619-596-5100, P.O. Box 78251, Phoenix, AZ 85062 | | waste services | | $2,561.98 |
| US Food Services, 760-599-6200, P.O. Box 100131, Pasadena, CA 91189 | | food services | | $2,555.55 |
| San Diego Visitors Bureau, 619-276-8200, 2688 E. Mission Bay Dr., San Diego, CA 92109 | | advert. | | $2,800.00 |
| Mission Linen Supply, 2727 Industry Street, Oceanside, CA 92054 | | linen services | | $2,459.94 |
| Guy Enterprises, LLC, 310-642-4747, 8064 Cowan Ave., Los Angeles, CA 90045 | | entertainment ser. | | $2,625.00 |
| Leslie's Pool Supply, 602-366-3789, P.O. Box 501162, St. Louis, MO 63150 | | pool supplies | | $3,530.00 |
| Cintas Corp., 800-864-3676, 97627 Eagle Way, Chicago, IL 60678 | | uniforms | | $2,962.46 |

Verification of Creditor Mailing List - (Rev. 10/05)                                 2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name ALEXANDER LEBECKI, ESQ.

Address 7437 TOPANGA CANYON BLVD., CANOGA PARK, CA 91303

Telephone (818) 340-3116

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
|---|---|
| 2151 HOTEL CIRCLE SOUTH, LLC | Chapter: 11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __14__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: January 3, 2010

_____ (signature)
2151 Hotel Circle South, LLC
Debtor

_____ (signature)
Attorney (if applicable)

_____
Joint Debtor

2151 Hotel Circle South, LLC
4347 Tosca Road
Woodland Hills, CA 91364


Alexander Lebecki, Esq.
Law Offices of Alexander Lebecki
7437 Topanga Canyon Boulevard
Canoga Park, CA 91303


United States Trustee
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

Affordable Grease Pumping
5820 Miramar Road #209
San Diego, CA 92121


Allied Services
10080 Riverhead Drive
San Diego, CA 92129


American Hotel Register
P.O. Box 94150
Palantine, IL 60094


Amsterdam Printing & Litho
P.O. Box 580 Amsterdam
New York, NY 12010-0580


Anthony Travel
811 LBJ Freeway #1130
Dallas, TX 75251


Aquatic Quality Assurance
518 Larchwood Drive #A10
San Marcos, CA 92069


Aspen Travel
P.O. Box 423
Jackson, WY 83001


AT&T Payment Center
Sacramento, CA 95887

AT&T Advertising & Publishing
PO Box 989046
West Sacramento, CA 95798-9046


Blue Shield
File 55331
Los Angeles, CA 90074-5331


Blue Shield
P.O. Box 769025
Woodland, CA 95776


Borrego Springs
P.O. Box 1276
Borrego Springs, CA 92004-1276


Business Music & Communication
8450 Production Avenue Ste. B
San Diego, CA  92121


California Chamber of Commerce
1332 N. Market Blvd
Sacramento, CA 95834


California Hotel & Lodging Association
P.O. Box 160405
Sacramento, CA 95816


Charles Crail
4347 Tosca Road
Woodland Hills, CA 91364

Cintas Corporation
6440 Lusk Blvd
San Diego, CA 92121


Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-9760


CMRS-FP
PO Box 894707
Los Angeles, CA 90189-4707


Courtesy Products
P.O. Box 17488
St Lois, MO 63178-7488


Cox Communications
P.O. Box 79171
Phoenix, AZ 85062-9171


Cross Way Fire Protection Inc.
1220 Rosecrans St. # 303
San Diego, CA 92106


Darling International
P.O. Box 552210
Detroit, MI 48255-2210


Deep Blue Wireless
12 Elmwood Road
Menands, NY 12204

Detergent Services
P.O. Box 600031
San Diego, CA 92160


DMV Renewal
P.O. Box 942894
Sacramento, CA 94294-0895


Event Video
11641 Valley Spring Lane # 309
Studio City, CA 91604


EZ Yield.com
125 Excelsior Parkway Ste 101
Wintersprings, FL 32708


FP Mailing Solutions
P.O. Box 4272
Carol Stream, IL 60197-4272


Frazee Industries Inc.
Dept # 2510
Los Angeles, CA 90084-2510


Golden State Laundry Systems
1984 E Gladwick Street
Rancho Dominguez, CA 90220


Grah Safe & Lock
939 University Avenue
San Diego, CA 92103

Guest Distribution
9221 Corbin Ave # 210
Northridge, CA 91324


H&P Refrigeration Inc.
5102 Lehrer Dr.
San Diego, CA 92117


HFPT
11709 Boulder Lane Suite 110
Huston, TX 78726


Home Depot Supply
P.O. Box 509058
San Diego, CA 92150-9058


Home Depot/ GECF
P.O. Box 6031
The Lakes, NV 88901-6031


Hotel Sales Pro
1640 Powers Ferry Rd.8-300
Marietta, GA 30067


Jack's Cocktail & Tavern Supply
6302 Federal Blvd
San Diego, CA 92114


Guy Enterprises, LLC DBA Karaoke Guy
8064 Cowan Avenue
Los Angeles, CA 90045

Kaiser Permanente
File 5915
Los Angeles, CA 90074-5915


Kelcco
2323 Caminito Mira
San Diego, CA 92107


Leaf
PO Box 644006
Cincinnati, OH 45264-4006


Leslie's Pool Supply
P.O. Box 501162
St. Louis, MO 63150-1162


Lodgenet
P.O. Box 952141
St. Louis, MO 63195-2141


MarComet
P.O. Box 368
Tranquility, NJ 07879


Konica Minolta Business Sol
P.O. Box 100706
Pasadena, CA 91189-0706


Mission Linen Supply Acct.#111933
2727 Industry Street
Oceanside, CA 92054-4810

National Tour Association
546 E Main Street
Lexington, KY 40508


Neal Electric
P.O. Box 1655
Poway, CA 92064


Oasis Breads
155 Mata Way # 112
San Marcos, CA 92069


Overall Supply, Inc. Lighting/ Chem Div
823 East Gate Drive unit#2
Mt. Laurel, N.J. 08054


Pae Tec Communications
P.O. Box 1283
Buffalo, NY 14240-1283


Pro Edge Knife
7431 Mission Gorge Road
San Diego, CA 92120


Ramada Worldwide Inc.
15018 Collections Center Drive
Chicago, IL 60693


Reliable Elevator
8245 Ronson Road Ste K
San Diego, California 92111

San Diego Bus and Auto Repair Inc.
2216 Catalina Blvd
San Diego, CA 92107


San Diego Chemical Exhaust
35 Hensley Street
San Diego, CA  92102


San Diego Convention Bureau
2215 India Street
San Diego, CA 92101


San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799-5111


San Diego Reader
P.O. Box 85803
San Diego, CA 92186


San Diego Seafood
1842 McKinley Avenue
National City, CA 91950


San Diego Visitor's Info
2688 E. Mission Bay Drive
San Diego, CA  92109


Sandiego.com
610 West Ash Street  # 1405
San Diego, CA 92101

SESAC, Inc.
P.O. Box 900013
Raleigh, NC 27675-9013


Southern Wine & Spirits
File 56002
Los Angeles, CA 90074-6002


Southwest Host Services
P.O. Box 13808
Scottsdale, AZ 85267


Staples Business Advantage
Dept 1368 PO Box 83689
Chicago, IL 60696-3689


State Chemical Manufacturing Co.
P.O. Box 74189
Cleveland, OH 44194-0268


Sysco Food Services
12180 Kirkham Road
Poway, CA 96064


Systems Specialist Inc
730 Sky Mountain Lane
Alpine, CA 91901


TCF Equipment Finance Inc.
PO Box 650
Hopkins, MN 55343-0650

US Food Services
P.O. Box 100131
Pasadena, CA 91189-0131


USA Today - Southern California
P.O. Box 79782
Baltimore, MD 21279-0782


San Diego Union Tribune
P.O. Box 121546
San Diego, CA 92112-5546


Veribest Cleaners
419 Robinson Avenue
San Diego, CA 92103


Verizon Wireless
P.O. Box 9622
Mission Hills, CA 91346-9622


Waste Management
P.O. Box 78251
Phoenix, AZ 85062-8251


What's Here Visitor's Package
3316 Fourth Avenue
San Diego, CA 92103


Yellow Book
P.O. Box 3162
Cedar Rapids, IA 52406-3162

CH Management
2151 Hotel Circle South.
San Diego, CA 92108.


CIT
One Deerwood
10201 Centurion Parkway N. #100
Jacksonville, FL 32256


Deep Blue Wireless
12 Elmwood Road
Menands, NY 12204


EZ Yield.com
125 Excelsior Parkway Suite 101
Winter Springs, Florida 32708


Hotel Savings Directory
424 Sky Mesa Road
Alpine, CA 91901


Leaf
P.O. Box 644006
Cincinnati, OH 45264-4006


Lodgenet
P.O. Box 952141
St. Louis, MO 93195


Minolta Service
10201 Centurion Parkway N. #100
Jacksonville, FL 32256

Minolta Service
1111 Old Eagle School Road
Wayne, PA 19087


Pae Tec Communications
P.O. Box 1283
Buffalo, NY 14240


Ramada Worldwide Inc.
15018 Collections Center Drive
Chicago, IL 60693


Reliable Elevator
8245 Ronson Road Ste K
San Diego, CA 92111


TCF Equipment Finance Inc.
P.O. Box 650
Hopkins, MN 55343


San Diego Convention Bureau
2215 India Street
San Diego, CA 92101


San Diego Reader
P.O. Box 85803
San Diego, CA 92186


Sea World
500 Sea World Drive
San Diego, CA 92109

City of San Diego, TOT Dept
P.O. Box 122289
San Diego, CA 92112


Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


County of San Diego
1255 Imperial Avenue
San Diego, CA 92101


California Travel & Tourism
P.O. Box 2007
Sacramento, CA 95812