**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, No. 130932
Assistant United States Trustee
Katherine C. Bunker, No. 240593
Trial Attorney for United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
21051 Warner Center Lane, Suite 115
Woodland Hills, California 91367
Telephone (818) 716-8800; Facsimile (818) 716-1576
Email  jennifer.l.braun@usdoj.gov
       kate.bunker@usdoj.gov

FILED & ENTERED

MAR 26 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY espino    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re

**2151 HOTEL CIRCLE SOUTH, LLC**,

    Debtor.

Case No. 1:10-bk-10065-MT

Chapter 11

**ORDER DISMISSING CASE**

Date: March 15, 2010
Time: 1:00 P.m.
Crtm: 302

On March 15, 2010, the Court held a continued status and case management conference in the above case, with appearances as noted on the record. Based on the debtor's unauthorized use of cash collateral, failure to provide proof of workmen's compensation insurance, and the absence of a reasonable likelihood of rehabilitation:

IT IS HEREBY ORDERED that the case is DISMISSED.

IT IS HEREBY FURTHER ORDERED that the United States Trustee is granted a judgment in the amount of $325.00 with applicable interest for quarterly fees.

# # #

DATED: March 26, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category 1 Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

The foregoing document described as **ORDER DISMISSING CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 26, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On **March 26, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 26, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
**Honorable Judge: Maureen Tighe, bin inside of the lobby, San Fernando Valley Division**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 26, 2010 | Veronica Hernandez | /s/ *Veronica Hernandez* |
|---|---|---|
| *Date* | *Type Name* | *Legal Secretary* |

**In re: 2151 Hotel Circle South, LLC**
**Chapter 11 Case No.: 1:10-bk-10065-MT**

**SERVICE LIST OF PROOF OF SERVICE**

**<u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**

<u>Debtor</u>:
2151 Hotel Circle South, LLC
4347 Tosca Rd.
Woodland Hills, CA 91364

<u>Debtor's Counsel</u>:
Alexander Lebecki
Law Offices of Alexander Lebecki
7437 Topanga Canyon Blvd.
Canoga Park, CA 91303

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER DISMISSING CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of            , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**In re: 2151 Hotel Circle South, LLC**
**Chapter 11 Case No.: 1:10-bk-10065-MT**

### SERVICE LIST OF ENTERED ORDER

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| Katherine Bunker    kate.bunker@usdoj.gov | Debtor:<br>2151 Hotel Circle South, LLC<br>4347 Tosca Rd.<br>Woodland Hills, CA 91364 |
| Steven G Polard    spolard@perkinscoie.com | Debtor's Counsel:<br>Alexander Lebecki<br>Law Offices of Alexander Lebecki<br>7437 Topanga Canyon Blvd.<br>Canoga Park, CA 91303 |